IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDA J. HART, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:14-CV-3707-P-BH |
| | ) | |
| EPA, et al., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclu-

sions, and Recommendation of the United States Magistrate Judge and any objections thereto, in

accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclu-

sions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions

of the Court.

By separate judgment, Plaintiff Linda J. Hart's claims will be **DISMISSED WITHOUT**

**PREJUDICE** to re-filing either by the appointed guardian with proper approval from the probate

court, or by the plaintiff with competent proof of the dissolution of the guardianship.

**SIGNED this 27ʰ day of October, 2014.**

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE