**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **LINDA J. HART,** ) | |
|         **Plaintiffs,** ) | |
| **vs.** ) | **No. 3:14-CV-3707-P-BH** |
| ) | |
| **EPA, et al.,** ) | |
|         **Defendants.** ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), before the Court is the plaintiff's second motion to proceed in forma pauperis on appeal, received February 6, 2015 (doc. 47). The Court already certified that the appeal filed in this case is not taken in good faith (doc. 46).

(**X**)  The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith

If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). See Fed. R. App. P. 24(a)(5).

**SIGNED this 9th day of February, 2015.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE