IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDA J. HART, | ) | |
|     Plaintiffs, | ) | |
| vs. | ) | No. 3:14-CV-3707-P-BH |
| | ) | |
| EPA, et al., | ) | |
|     Defendants. | ) | |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )    The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(X)    The application for leave to proceed *in forma pauperis* on appeal is DENIED because the Court certifies pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith. As already noted to Plaintiff in an order entered December 12, 2014, in support of this certification, the Court incorporates by reference the magistrate judge's findings, conclusions, and recommendation, filed in this case on October 20, 2014 (doc. 11). Based on those findings, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

(X)    Although this court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the plaintiff may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

**SIGNED this 23rd day of March, 2015.**

JORGE A. SOLIS
**UNITED STATES DISTRICT JUDGE**